UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH <br><br> MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Sheila Ann Peace v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11101-DRH |
| *Ryann Lanell Gilmore v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11802-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on March 13, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
    **Deputy Clerk**

David R. Herndon
2015.03.16 09:36:16 -05'00'

APPROVED:
    DISTRICT JUDGE
    U. S. DISTRICT COURT